# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 04-5016**                       **September Term, 2003**

03cv00834
CALENDARED FOR: 11/19/04

Filed On: May 24, 2004 [823672]

Sandra Seegars, et al.,
      Appellants

   v.

John D. Ashcroft, Attorney General of the United States
and Anthony A. Williams, Mayor, District of Columbia,
      Appellees

_____
Consolidated with 04-5081

## O R D E R

    Upon consideration of the motion for extension of time to file brief of the State of Texas as amicus curiae, and the response and alternative motion by the District of Columbia, it is

    **ORDERED** that the motions be granted. The following revised briefing schedule shall now apply:

| | | |
|---|---|---|
| Amicus Curiae Brief | -- | June 10, 2004 |
| Appellees' Brief | -- | July 12, 2004 |
| Amicus Curiae Brief | -- | July 27, 2004 |
| Appellants' Reply Brief | -- | August 10, 2004 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Cheri Carter
Deputy Clerk