# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

No. 04-5016                          September Term, 2004

03cv00834

Filed On: July 15, 2005 [906224]

Sandra Seegars, et al.,
      Appellants

    v.

Alberto Gonzales, Attorney General of the United
States and Anthony A. Williams, Mayor, District of
Columbia,
      Appellees

_____

Consolidated with 04-5081

## O R D E R

Upon consideration of appellee Anthony A. Williams, Mayor, District of Columbia's, bill of costs, it is

**ORDERED** that appellee's request for costs be granted. Costs are awarded to Anthony A. Williams, Mayor, District of Columbia, in the amount of $250.39 and taxed against appellants.

Costs are payable directly between parties. Payment should not be submitted to the Clerk.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk