# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 04-5016** | **September Term, 2003** |
| | 03cv00834 |
| | Filed On: August 9, 2004 [841183] |

Sandra Seegars, et al.,
    Appellants

    v.

John D. Ashcroft, Attorney General of the United States
and Anthony A. Williams, Mayor, District of Columbia,
    Appellees

_____
Consolidated with 04-5081

## O R D E R

It is **ORDERED**, by the Court on its own motion, that these consolidated cases are hereby removed from the November 19, 2004 oral argument calendar and are rescheduled for oral argument on Wednesday, November 17, 2004 at 9:30 a.m. before Circuit Judges Sentelle and Tatel and Senior Circuit Judge Williams.

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

BY:           Cheri Carter
              Deputy Clerk