# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 04-5016                      September Term, 2004

03cv00834

Filed On: October 29, 2004 [856684]

Sandra Seegars, et al.,
      Appellants

    v.

John D. Ashcroft, Attorney General of the United States and Anthony A. Williams, Mayor, District of Columbia,
      Appellees

_____

Consolidated with 04-5081

## O R D E R

It is **ORDERED**, by the Court on its own motion, that the following times are allotted for the oral argument of these cases scheduled for Wednesday, November 17, 2004 at 9:30 a.m.:

        Appellants   --   20 minutes

        Appellees   --   20 minutes

The time of the appellees is presumed to be divided equally, though they are at liberty to effect any other division they may choose. The panel considering these cases will consist of Circuit Judges Sentelle and Tatel and Senior Circuit Judge Williams.

The enclosed Form 72 should be completed and returned to the Clerk's office on or before November 10, 2004.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Cheri Carter
Deputy Clerk