# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 04-5016 September Term, 2003

03cv00834

Filed On: April 2, 2004 [813642]

Sandra Seegars, et al.,
    Appellants

  v.

John D. Ashcroft, Attorney General of the United States
and Anthony A. Williams, Mayor, District of Columbia,
    Appellees

_____
Consolidated with 04-5081

O R D E R

It is **ORDERED**, on the court's own motion, that a briefing schedule be established as follows:

| | |
|---|---|
| Appellant's Brief | Thu, May 20 2004 |
| Appendix | Thu, May 20 2004 |
| Appellee's Brief | Mon, Jun 21 2004 |
| Amicus for Appellee's Brief | Tue, Jul 6 2004 |
| Appellant's Reply Brief | Tue, Jul 20 2004 |

Appellant must raise issues and arguments in the opening brief. The Court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Cheri Carter
Deputy Clerk