# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 04-5016 September Term, 2003

03cv00834

Filed On: March 19, 2004 [810731]

Sandra Seegars, et al.,
    Appellants

v.

John D. Ashcroft, Attorney General of the United States
and Anthony A. Williams, Mayor, District of Columbia,
    Appellees

---

04-5081 03cv00834

Sandra Seegars, et al.,
    Appellees

v.

John D. Ashcroft, Attorney General of the United States,
    Appellant

Anthony A. Williams, Mayor, District of Columbia,
    Appellee

**O R D E R**

It is **ORDERED**, on the court's own motion, that the above-captioned cases be consolidated as cross-appeals.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Scott H. Atchue
Deputy Clerk