# UNITED STATES COURT OF APPEALS
### DISTRICT OF COLUMBIA CIRCUIT
-------------------------------------------

No.      04-5016

September Term, 2003
District Ct No: 03cv00834

Sandra Seegars, et al., Appellants
v.
John D. Ashcroft, et al., Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED | FEB - 2 2004

CLERK

O R D E R

This case was filed and docketed on 1/19/04.

It is **ORDERED** that appellant(s) shall submit the following document(s) (original and one copy required, unless otherwise noted) by the indicated date(s):

3/03/04 Report certifying that all necessary transcripts, if any, have been ordered and a statement that satisfactory financial arrangements have been made with the reporter. The report shall identify which transcript(s) have been ordered and the name(s) of the reporter(s) involved. A copy of the report shall be served on each reporter.
3/03/04 Docketing statement.
3/03/04 Entry of Appearance form.
3/03/04 Two copies of the underlying decision.
3/03/04 Statement of issues to be raised.
3/03/04 Certificate of Counsel (Cir. R. 28(a)(1)).
3/03/04 Original and four copies of procedural motions which would affect the calendaring of this case.
3/03/04 Statement as to whether or not a deferred appendix under F.R.A.P.30(c) will be utilized. (A motion will not be necessary.)
3/18/04 Dispositive motions, if any. <u>See</u> Cir. R. 27(g). (Original and four copies.)

It is **FURTHER ORDERED** that appellee(s) shall submit the following document(s) (original and one copy required, unless otherwise noted) by the indicated date(s):

3/03/04 Certificate of Counsel (Cir. R. 28(a)**(1)).**
3/03/04 Entry of Appearance form.
3/03/04 Original and four copies of procedural motions which would affect the calendaring of this case.
3/18/04 Dispositive motions, if any. <u>See</u> Cir. R. 27(g). (Original and four copies.)

It is **FURTHER ORDERED** that appellant submit a status report concerning transcript preparation every thirty days until the transcript has been completed and received. Within three days of receipt of all transcripts, appellant shall file a <u>Final Status Report</u> which indicates the date the complete transcript was received. All reports shall be served on the parties and each Reporter.

It is FURTHER ORDERED that briefing in this case is deferred
pending further order of the Court.

                              FOR THE COURT:
                              Mark J. Langer, Clerk

            BY:        _____

                              Elizabeth V. Scott, Deputy Clerk

Initial Submissions 86-6  (June 1992)