# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 04-5016**  September Term, 2004

03cv00834

Filed On: June 21, 2005 [901538]

Sandra Seegars, et al.,
    Appellants

  v.

Alberto Gonzales, Attorney General of the United States and Anthony A. Williams, Mayor, District of Columbia,
    Appellees

_____
Consolidated with 04-5081

**BEFORE**: Sentelle* and Tatel, Circuit Judges, and Williams, Senior Circuit Judge

# O R D E R

Upon consideration of appellants' petition for rehearing filed March 14, 2005, it is

**ORDERED** that the petition be denied.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk

---

* Circuit Judge Sentelle would grant the petition for rehearing.