# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 04-5016 September Term, 2003

03cv00834

Filed On: May 19, 2004 [823010]

Sandra Seegars, et al.,
    Appellants

    v.

John D. Ashcroft, Attorney General of the United States
and Anthony A. Williams, Mayor, District of Columbia,
    Appellees

---

Consolidated with 04-5081

## O R D E R

It is **ORDERED**, by the Court on its own motion, that the above entitled case be scheduled for oral argument on Friday, November 19, 2004 at 9:30 AM before Circuit Judges Sentelle, Tatel and Garland.

The time and date of oral argument will not change absent further order of the Court.

A further order of the Court will be issued regarding allocation of time for argument.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Cheri Carter
Deputy Clerk