# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 04-5016 September Term, 2004

03cv00834

Filed On: February 8, 2005 [876162]

Sandra Seegars, et al.,
    Appellants

    v.

John D. Ashcroft, Attorney General of the United States
and Anthony A. Williams, Mayor, District of Columbia,
    Appellees

_____
Consolidated with 04-5081

## O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party at any time to move for expedited issuance of the mandate for good cause shown.

                                                     **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

BY:
                                                   Michael C. McGrail
                                                 Deputy Clerk